**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                    CASE NO. 8:97-CR-31-T-17-TGW

DEANDRA REMY
                                               /

### ORDER

This cause comes before the Court on the court's *sua sponte* order based on a preliminary review which indicated the defendant might be eligible for a sentence reduction based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 60). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the response (Docket Nos. 63 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment). All responses agree, the defendant is not eligible for a reduction based on crack cocaine. Accordingly, it is.

**ORDERED** that the Court **vacates** the *sua sponte* order (Docket No. 60) as it has been determined that the defendant is not entitled to a reduction based on the Retroactive Crack Cocaine Amendment.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 18th day of December, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record